**Order entered May 24, 2019**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-19-00004-CV

### RIDGECREST HOLDINGS, LLC AND
### 400 SOUTH WALTON WALKER BOULEVARD, DALLAS, TEXAS, Appellants

### V.

### CITY OF DALLAS, Appellee

**On Appeal from the 160th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-18-12419**

## ORDER
Before Justices Whitehill, Molberg, and Nowell

This is an appeal from the trial court's temporary injunction compelling appellant Ridgecrest Holdings, LLC (Ridgecrest) to take, for health and safety reasons, certain remedial steps to address Dallas City Code violations at 400 South Walton Walker Boulevard, a multi-family apartment complex. Before the Court is the City of Dallas's (City) motion for contempt. The City alleges in the motion that Ridgecrest is violating the terms of the temporary injunction. It asks that we grant the motion and find Ridgecrest in contempt and impose a daily fine until they abate the violations or, alternatively, to refer this motion to the trial court. We **GRANT** the motion in part as follows.

We refer the motion for contempt to the trial court for an evidentiary hearing and determination of any appropriate relief. *See* TEX. R. APP. P. 29.4(a). We **ORDER** the trial court to conduct a hearing and grant in writing any appropriate relief **WITHIN THIRTY DAYS** of the date of this order.

We **ORDER** Felicia Pitre, Dallas County District Clerk, to file, **WITHIN THIRTY-FIVE DAYS** of the date of this order, a supplemental clerk's record containing any signed order on the City's motion for contempt or written notification that the trial court did not sign an order on the motion.

We **DIRECT** the Clerk of this Court to send a copy of this order to the Honorable Aiesha Redmond, Presiding Judge of the 160th Judicial District Court; Ms. Pitre; and all parties.

We **ABATE** this appeal to allow the trial court to comply with this Court's order. The appeal will be reinstated in thirty-five days or when the Court receives the requested supplemental clerk's record, whichever occurs sooner.

/s/ BILL WHITEHILL
JUSTICE